**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **BUSINESS OF THE COURT** | ) |
| | ) |
| | )     **UNSEALING OF CASES** |
| | ) |

**ORDER**

On February 22, 2018, the Attorney for the United States requested the following cases be unsealed:

| | |
|---|---|
| 4:11MJ00086DDN | USA v. Suppressed |
| 4:11MJ01249 JMB | USA v. Suppressed |
| 4:14MJ00134 DDN | USA v. Suppressed |
| 4:15MJ05478 NAB | USA v. Suppressed |
| 4:15MJ06263 PLC | USA v. Suppressed |
| 4:16MJ01173 JMB | USA v. Suppressed |
| 4:16MJ01174 JMB | USA v. Suppressed |
| 4:16MJ01175 JMB | USA v. Suppressed |
| 4:16MJ01182 JMB | USA v. Suppressed |
| 4:16MJ05058 NAB | USA v. Suppressed |
| 4:16MJ05059 NAB | USA v. Suppressed |
| 4:16MJ05111 NAB | USA v. Suppressed |
| 4:16MJ06047 PLC | USA v. Suppressed |
| 4:16MJ06048 PLC | USA v. Suppressed |
| 4:16MJ06088 PLC | USA v. Suppressed |
| 4:16MJ06156 PLC | USA v. Suppressed |
| 4:16MJ06158 PLC | USA v. Suppressed |
| 4:16MJ06159 PLC | USA v. Suppressed |
| 4:16MJ06160 PLC | USA v. Suppressed |
| 4:16MJ06186 PLC | USA v. Suppressed |
| 4:16MJ06246 PLC | USA v. Suppressed |
| 4:16MJ07107 SPM | USA v. Suppressed |

**IT IS HEREBY ORDERED** that the above cases will be unsealed.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of March, 2018.